SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>vs.<br><br>Linda H. Kuo, et al,<br><br><br>    Defendants | Case No.: CIV.S 09-cv-01156-JAM-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF MOHAMMED S. AHMED; JUSTIN MATTATHIL; FELIX MATTATHIL; JOY MATTATHIL; ANWAR RASHID; INVERSIONES RAMIRO, S.A. AND ORDER**<br><br>Complaint Filed:  APRIL 28, 2009<br><br>**CASE TO BE REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Mohammed S. Ahmed; Justin Mattathil; Felix Mattathil; Joy Mattathil; Anwar Rashid; Inversiones Ramiro, S.A.) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendants (Mohammed S. Ahmed; Justin Mattathil; Felix Mattathil; Joy Mattathil; Anwar Rashid; Inversiones Ramiro, S.A.) are dismissed because Plaintiff and these Defendants have settled their differences.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: July 28, 2009 | /s/Scott N. Johnson<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |

**IT IS SO ORDERED**.

| | |
|---|---|
| Dated: July 28, 2009 | /s/ John A. Mendez<br>U.S. DISTRICT COURT JUDGE |

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-01156-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com