SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Linda H. Kuo, et al,<br><br><br>Defendants | Case No.: CIV.S 09-cv-01156-JAM-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF JUDY CUONG AND ORDER**<br><br>Complaint Filed:  APRIL 28, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Judy Cuong) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.


Dated: August 20, 2009                        /s/Scott N. Johnson_____
                                              SCOTT N. JOHNSON
                                              Attorney for Plaintiff

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                   CIV: S-09-01156-JAM-kjm

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED**.

Dated: August 20, 2009                               /s/ John A. Mendez
                                                                    JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                                      CIV: S-09-01156-JAM-kjm

PDF created with pdfFactory trial version www.pdffactory.com