SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Linda H. Kuo, et al,<br><br><br>Defendants | Case No.: CIV.S 09-cv-01156-JAM-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF TING LING KUO; SANDRA F. GARNICA**, Individually and d/b/a Las Casuela Restaurant AND ORDER<br><br>Complaint Filed:  APRIL 28, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Ting Ling Kuo; Sandra F. Garnica, Individually and d/b/a Las Casuela Restaurant) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendant (Sandra F. Garnica, Individually and d/b/a Las Casuela Restaurant) is dismissed because this business is no longer open.    Defendant (Ting Ling Kuo) is dismissed because this Defendant is deceased.

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: October 1, 2009                         /s/Scott N. Johnson
                                                  SCOTT N. JOHNSON
2                                                 Attorney for Plaintiff

3  **IT IS SO ORDERED**.

4

5  Dated:  October 1, 2009                        /s/ John A. Mendez
                                                  U. S. DISTRICT COURT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                    CIV: S-09-01156-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com