SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br><br>Linda H. Kuo, et al<br><br>　　　　Defendants. | Case No.: CIV.S 09-cv-01156-JAM-KJM<br><br>**PLAINTIFF'S REQUEST TO SET ASIDE DEFAULT AND ORDER** |

　　　　IT IS HEREBY REQUESTED by Plaintiff, Scott N. Johnson, that the Plaintiff's Entry of Default against Defendants, Linda H. Kuo; Norman Y. Chiang, is hereby set aside.  This request is based upon the following facts constituting good cause: Defendants, Linda H. Kuo; Norman Y. Chiang do not own the subject property.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: October 29, 2009

                                                        _____
                                                        SCOTT N. JOHNSON,
                                                        Attorney for Plaintiff,
                                                        **SCOTT N. JOHNSON**

**IT IS SO ORDERED**:

     THAT, Plaintiff's Entry of Default against Defendants, Linda H. Kuo; Norman Y. Chiang, is hereby set aside.

Dated:   October 30, 2009                          /s/ John A. Mendez_____
                                                        U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com