SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Linda H. Kuo, et al,<br><br><br><br>Defendants | Case No.: CIV.S 09-cv-01156-JAM-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF LINDA H. KUO; NORMAN Y. CHIANG AND ORDER**<br><br>Complaint Filed: APRIL 28, 2009<br><br>**CASE TO REMAIN OPEN TO FILE AMENDED COMPLAINT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Linda H. Kuo; Norman Y. Chiang) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open for Plaintiff to file an amended complaint against the correct owner of the property. Defendants (Linda H. Kuo; Norman Y. Chiang) are dismissed because Plaintiff and these Defendants have settled their dispute. Defendants Ting Ling H. Kuo; Mohammed S. Ahmed; Justin Mattathil; Felix Mattathil; Joy Mattathil; Sandra F. Garnica; Sandra B. Lockhart; Franklin D. Lockhart; Anwar Rashid; Inversiones Ramiro, S.A; and Judy Cuong have been terminated.

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: December 31, 2009                               /s/Scott N. Johnson
                                                         SCOTT N. JOHNSON
2                                                        Attorney for Plaintiff

3

4  **IT IS SO ORDERED** that Defendants, Linda H. Kuo; Norman Y. Chiang, are hereby dismissed
   WITH prejudice and Plaintiff shall have until March 1, 2010 to file an amended complaint.

5

6

7  Dated:   January 4, 2010                              /s/ John A. Mendez
                                                         U. S. DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                              CIV: S-09-01156-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com